IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2010 JAN 12 P 2: 14
. HACKETT, CLK

| | | |
|---|---|---|
| **TEDI THOMAS WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 1:10-CV-34-WHA-SRW |
| | ) | |
| **GWINETT WILIAMS,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Gwinett Williams, Eva Love, Richard Moss, and the Defendant identified as "Deputy Lynn" who are Defendants in the above-styled action, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move the Court for an Order dismissing the Plaintiff's claims against them. As grounds therefore, the Defendants state as follows:

1. The Plaintiff has brought Fourth and Fourteenth Amendment deliberate indifference claims against the Defendants in their individual capacities pursuant to 42 U.S.C. § 1983.

2. The Plaintiff's claims are based upon an alleged over-detention that occurred at the Coffee County Jail commencing on December 11, 2007 and continuing to January 22, 2008.

3. The Defendants are entitled to qualified immunity.

4. The Defendants request an opportunity to be heard at oral argument on this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants Gwinett Williams, Eva Love, and Richard Moss move this Court for an Order dismissing the Plaintiff's claims against them,

granting them costs and attorneys' fees under 42 U.S.C. § 1988, and providing them such further and different relief as the Court deems just.

  Respectfully submitted on this 12th day of January, 2010.

       /s/ G. L. Willford
       GARY L. WILLFORD, JR. Bar No. WIL198
       JOSEPH L. HUBBARD, JR., Bar No. HUB015
       Attorneys for Defendants
       WEBB & ELEY, P.C.
       7475 Halcyon Pointe Drive (36117)
       Post Office Box 240909
       Montgomery, Alabama 36116
       Telephone: (334) 262-1850
       Fax: (334) 262-1889
       E-mail: gwillford@webbeley.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 12th day of January, 2010, I have electronically filed the foregoing with the Clerk of the Court and that I have served the foregoing Notice of Removal by sending a copy of the same via United States Mail, postage prepaid, upon:

Jeff Bennitt, Esquire
Jeff Bennitt & Associates, L.L.C.
121 Edenton Street
Birmingham, AL 35242

and via Federal Express upon:

Honorable James M. Counts
Coffee County Court Clerk
99 Edwards Street
Enterprise, AL 36331-1284

       /s/ G. L. Willford
       OF COUNSEL