IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TEDI THOMAS WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:10cv34-WHA-SRW |
| | )             (WO) |
| GWINETT WILLIAMS, EVA LOVE, | ) |
| DEPUTY LYNN, | ) |
| | ) |
|     Defendants. | ) |

### Judgment

In accordance with the Memorandum Opinion and Order entered on this day,

Final Judgment is hereby entered in favor of Gwinett Williams, Eva Love, and Deputy Lynn, and against the Plaintiff, Tedi Thomas Williams, and this case is Dismissed with prejudice, costs taxed against the Plaintiff.

DONE this 21st day of May, 2010

                              /s/ W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE